UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANN FELDMAN VERTKIN, *et al.*, | No. C 10-03527 LB |
| Plaintiffs,<br>v.<br>WELLS FARGO NA, *et al.*,<br>Defendants.<br>_____/ | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Richard Seeborg to determine whether this case is related to *Vertkin v. Wells Fargo Home Mortgage*, CV 10-0775. Both cases appear to involve similar plaintiffs and defendants, the same real estate transaction, and the same property in Mill Valley, California.

**IT IS SO ORDERED.**

Dated: August 25, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03527