**\*E-Filed 09/23/2010\***

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

12   ANNA F. VERTKIN, M.D., MARIA                No. C 10-3527
     SOCORRO RUIZ GUEVARA, R.N.

13                                               **ORDER GRANTING PLAINTIFF'S
                                                 MOTION FOR EXTENSION OF TIME**
14          Plaintiffs,

       v.

15

16   WELLS FARGO BANK, N.A., et al.,

17          Defendants.

18   _____/

19          Plaintiff, Anna Vertkin, lodged a request for an extension of time to file her opposition to

20   defendant Wells Fargo's Motion to Dismiss.  Plaintiff shall file any opposition on or before October

21   21, 2010.  Defendants shall file a reply by October 28, 2010.  The hearing on that Motion to Dismiss

     shall be continued to **November 4, 2010 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States

22   Courthouse, 450 Golden Gate Avenue, San Francisco, California.

23

24          IT IS SO ORDERED.

25

26
     Dated: 09/23/2010
27
                                                 _____
                                                 RICHARD SEEBORG
28                                               UNITED STATES DISTRICT JUDGE

                                                                              No. C 10-03527
                                             ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

**United States District Court**
For the Northern District of California