*E-Filed 1/5/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNA VERTKIN,

        Plaintiff,

  v.

BANK OF AMERICA CORP., et al.,

        Defendants.
_____/

No. C 10-3527 RS

**ORDER RE: PLAINTIFF'S MOTION TO VACATE JANUARY 6, 2011 CALENDAR**

In a related matter, C 10-0775 RS, *Anna Vertkin v. Wells Fargo, et al.*, a hearing on defendant Wells Fargo's motion to dismiss was scheduled for January 6, 2011 at 1:30 p.m. Via clerk's notice filed on January 3, 2011, the Court informed the parties that the matter was fit for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), and vacated the hearing date. As explained in the notice, the matter is now submitted, and an Order on defendants' motion shall issue in due course.

On January 4, 2011, plaintiff filed a motion in this case, numbered C 10-03527 RS, requesting that the Court vacate the January 6, 2011 hearing date in the C 10-0775 RS matter. As this has already occurred, the request is granted. In that motion, however, plaintiff described the 10-0775 RS matter as "consolidated" with the C 10-03257 RS matter. This is not accurate. The cases

are *related*, but are not consolidated.  They remain separate actions and the parties are reminded, when filing documents, to treat them accordingly.

Dated: 1/5/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-3527 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gennady Vertkin**
325 Calais Drive
Keller, TX 76248

**Sonja Vertkin**
325 Calais Dr
Keller, TX 76248

**Michael Vertkin**
P.O. Box 1533
Kings Beach, CA 96143-1533

DATED: 01/05/2011

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

United States District Court
For the Northern District of California

No. C 10-3527 RS
ORDER

3