*E-Filed 1/18/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA VERTKIN, et al., | **No. C 10-3527 RS** |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WELLS FARGO N.A., et al., | |
| Defendants. | |

Based on the order issued herewith, granting defendant's motion to dismiss, the Court enters judgment in favor of defendants and against plaintiffs in the above-entitled action.

IT IS SO ORDERED.

Dated: 1/18/2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**No. C 10-3527 RS**
JUDGMENT

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Maria Socorro Ruiz Guevara**
17 Saint Rafael Way NE
Hanceville, AL 35077

**Gennady & Sonja Vertkin**
325 Calais Drive
Keller, TX 76248

**Michael Vertkin**
PO Box 2465
Keller, TX 76244

DATED: 1/18/2011

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

2

**No. C 10-3527 RS**
JUDGMENT